IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDULLAH IBN JIHAD FRIEND, | : | Civil No. 3:18-CV-01715 |
| Plaintiff, | : | |
| v. | : | |
| BRAD SHOEMAKER, WARDEN, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 6th day of October, 2020, in accordance with the accompanying Memorandum issued this day, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss the second amended complaint, Doc. 31, is **GRANTED**.

2. Within twenty-one (21) days from the date of this Order, Friend shall file a third amended complaint.

3. The third amended complaint shall contain the same case number presently assigned to this action, and shall be direct, concise, and shall stand alone without any reference to any document filed in this matter. *See* Fed. R. Civ. P. 8 (d).

4. Plaintiff is cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of the court and will result in the dismissal of the complaint. *See* Fed. R. Civ. P. 20. Any unrelated claims should be filed in a separate complaint in a new action.

5. Should Plaintiff fail to file a timely third amended complaint, the Clerk of Court shall be directed to close the case.

2

6. The Clerk of Court shall forward to Plaintiff two (2) copies of this court's prisoner civil-rights complaint form which Friend shall use in preparing his third amended complaint.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania